In the Matter of NORTH MANURSING WILDLIFE SANCTUARY, INC., Respondent v. CITY OF RYE et al., Appellants.

Ughetta, Acting P. J., Christ, Hopkins and Nolan, JJ., concur; Brennan, J., not voting. [52 Misc 2d 96.]